

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ  07102

Glenn J. Smith
Office Managing Shareholder

Jeannine R. Idrissa
973.848.4717 direct
973.848.4700 main
973.741.2310 fax
jidrissa@littler.com

December 23, 2015

**VIA ECF**

Arthur D. Spatt, United States District Judge
United States District Court
100 Federal Plaza, Courtroom 1020
P.O. Box 9014
Central Islip, New York 11722

Re: **Steven Romero v. Westbury Jeep Chrysler Dodge, Inc. et al.
Case No. 2:15-cv-04145 (ADS)(SIL)**

Dear Judge Spatt:

This Firm represents Defendants in the above matter.

In this case, Steven Romero alleges that Defendants violated the Fair Labor Standards Act and New York Labor Law by failing to pay him overtime or notify him of his wage rates.  The parties have reached an agreement to resolve their dispute and, consistent with the Second Circuit decision in Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), seek court approval of the settlement agreement.  We write to respectfully request permission to fax to Chambers a copy of the settlement agreement for the Court's review and approval, and, if the Court deems it necessary, that a hearing be scheduled for this purpose.  Of course, should any additional information or procedures be required to approve the agreement, kindly advise us as to those requirements.

Respectfully submitted,

Jeannine R. Idrissa

cc: Raymond Nardo, Esq. (counsel for Plaintiff, via ECF)

Firmwide:137727013.1 075667.1005

littler.com